UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JINJA J. KYNG PARIAH JOHNSON<br><br>                           Plaintiff,<br><br>    -against-<br><br>SHAWN CARTER, ET AL,<br><br>                          Defendants. | 22-CV-4559 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 30, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 30, 2022
             New York, New York

                                                           /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                    Chief United States District Judge